AUTOMOBILE CLUB INSURANCE COMPANY, APPELLEE,

*v.* MILLS ET AL.; BRANNUM, ADMR., APPELLANT.

[Cite as *Auto. Club Ins. Co. v. Mills* (2001), 90 Ohio St.3d 574.]

(No. 00–1543—Submitted December 13, 2000—Decided January 17, 2001.)

---

The judgment of the court of appeals is reversed on the authority of *Doe v. Shaffer* (2000), 90 Ohio St.3d 388, 738 N.E.2d 1243.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., concurs and dissents.

---

**LUNDBERG STRATTON, J., concurring and dissenting.** I concur with the decision to reverse on the authority of *Doe v. Shaffer* (2000), 90 Ohio St.3d 388, 738 N.E.2d 1243. However, for the reasons set forth in my dissenting opinion in *Doe, supra,* I respectfully dissent to the extent that the holding in *Doe* is being applied retroactively.

---

*Rendigs, Fry, Kiely & Dennis, L.L.P., Joseph W. Gelwicks* and *Ralph F. Mitchell,* for appellee.

*Heis & Wenstrup Co., L.P.A., Daniel J. Wenstrup* and *Rebecca J. Allf,* for appellant.